LARS DAHL, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

SAMUEL FREEDMAN and LONIDA REALTY CORPORATION, Appellants, v. STATEWIDE REALTY Co., INC., and Others, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

SOPHIA L. HAAS, Appellant, v. JOHN KING and C. H. ARCHER, Copartners, etc., Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

PHILIP LESCHNIK, Appellant, v. A. D. B. CONSTRUCTION Co., INC., and Others, Defendants. THE WEST END BANK OF BROOKLYN, Respondent.— Motion for reargument withdrawn, and stipulation filed. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.,

MORRIS LIEBERMAN, Appellant, v. SAMUEL BRODY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

NORTH SHORE ICE COMPANY, INC., Respondent, v. LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

ROYAL SILK UNDERWEAR MANUFACTURING Co., INC., Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

EDWARD L. SPITZER, Appellant, v. ANNA LEWIS and EUGENE J. LEWIS, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

IRVING STEINBERG, Respondent, v. PHILIP R. LEVINE, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

GERTRUDE E. VAIL, as Executrix, etc., Respondent, v. CECILE J. WIDNER, Appellant, and Another, Defendant.— On reargument, motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

GIOVANNI ZOLEZZI, Respondent, v. KROLL & HOROWITZ FURNITURE COMPANY, INC., and RUTH A. BRUCE-BROWN, Appellants, Impleaded with Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.